FORM 8A. Entry of Appearance                                                Form 8A (p.1)
                                                                            July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-1712

**Short Case Caption:** XMTT, Inc. v. Intel Corporation

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| XMTT, Inc. | |
|---|---|
| **Principal Counsel:** Morgan Chu | Admission Date: 05/02/1989 |
| Firm/Agency/Org.: Irell & Manella LLP | |
| Address: 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067 | |
| Phone: 310-203-7000 | Email: mchu@irell.com |
| **Other Counsel:** Benjamin Hattenbach | Admission Date: 07/22/2009 |
| Firm/Agency/Org.: Irell & Manella LLP | |
| Address: 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067 | |
| Phone: 310-203-7937 | Email: bhattenbach@irell.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 4/20/23                    Signature: /s/ Anthony Rowles

                                 Name:      Anthony Rowles

FORM 8A. Entry of Appearance  Form 8A (p.2)
July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Anthony Rowles | Admission Date: 07/22/2021 |
|---|---|
| Firm/Agency/Org.: Irell & Manella LLP | |
| Address: 840 Newport Center Drive #400, Newport Beach, CA 92660 | |
| Phone: 310-203-7635 | Email: trowles@irell.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |