FORM 26. Docketing Statement          Form 26 (p. 1)
                                      July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-1712

**Short Case Caption:** XMTT, Inc. v. Intel Corporation

**Filing Party/Entity:** XMTT, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| District of Delaware | 1:18-cv-01810-MFK | Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

XMTT seeks reversal and/or vacatur of the district court's February 22, 2023 order and corresponding judgments in favor of Intel of non-infringement.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Judgment in favor of Intel of non-infringement of asserted patents U.S. 7,707,388 and 8,145,879.

**Briefly describe the judgment/order appealed from:**

The district court granted Intel's Rule 56 motion for summary judgment of no literal infringement and no infringement under the doctrine of equivalents and entered final judgment in favor of Intel of non-infringement of the asserted patents U.S. 7,707,388 and 8,145,879.

**Nature of judgment (select one):**      **Date of judgment:** 2/22/23

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                  July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☐ None/Not Applicable

| |
|---|
| This Court previously resolved an appeal from an Inter Partes Review decision regarding asserted patent U.S. 7,707,388, No. 21-2127, 2022 WL 1152312 (Fed. Cir. Apr. 19, 2022) (Moore, C.J., joined by Clevenger, J. and Hughes, J.) (non-precedential). |

Issues to be raised on appeal: ☐ None/Not Applicable

| |
|---|
| Issues on appeal may include: patent infringement (literal and doctrine of equivalents), claim construction, and due process issues related to the district court's rulings. |

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
   ☐ Before the case was filed below
   ☑ During the pendency of the case below
   ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

| |
|---|
| N/A |

Do you believe that this case may be amenable to mediation? ☐ Yes   ☑ No

Explain.

| |
|---|
| Based on previous discussions with Intel, XMTT does not expect that mediation would be successful prior to resolution of the appeal. |

Provide any other information relevant to the inclusion of this case in the court's mediation program.

| |
|---|
| None. |

Date: 4/20/23            Signature: /s/ Anthony Rowles

                         Name:      Anthony Rowles

Save for Filing