**FORM 9A. Notice of Related Case Information**  Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number** 2023-1712
**Short Case Caption** XMTT, Inc. v. Intel Corporation
**Filing Party/Entity** XMTT, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Intel Corporation v. XMTT, Inc., 2021-2127, United States Court of Appeals for the Federal Circuit, before Chief Judge Moore and Circuit Judges Clevenger and Hughes. Originating from the Patent Trials & Appeals Board.

☐  Additional pages attached

FORM 9A. Notice of Related Case Information      Form 9A (p. 2)
                                                 March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> N/A

☐  Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Hong Zhong, Crawford Maclain Wells

☐  Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/20/2023            Signature:  /s/ Anthony Rowles

                            Name:       Anthony Rowles