**2023-1712**

# United States Court of Appeals for the Federal Circuit

XMTT, INC.,

*Appellant,*

v.

INTEL CORPORATION,

*Appellee.*

APPEALED FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
IN CASE NO. 1:18-CV-01810, JUDGE MATTHEW KENNELLY

## APPELLEE INTEL CORPORATION'S NOTICE REGARDING APPELLANT XMTT'S NOTICE OF RELATED CASES

Paul A. Bondor
John M. Desmarais
Jeffery S. Seddon, II
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Fax: (212) 351-3401
pbondor@desmaraisllp.com
jdesmarais@desmaraisllp.com
jseddon@desmaraisllp.com

Justin P.D. Wilcox
Adam Steinmetz
DESMARAIS LLP
1899 Pennsylvania Ave NW, Suite 400
Washington, D.C. 20006
Telephone: (202) 451-4900
Fax: (202) 451-4901
jwilcox@desmaraisllp.com
asteinmetz@desmaraisllp.com

June 2, 2023

*Counsel for Appellee Intel Corporation*

In addition to the preliminary materials recently submitted in this matter—docketing statements, entry of appearances, and certificates of interest—by both parties, XMTT submitted a notice identifying an appeal from an *inter partes* review proceeding as a related case. *See* Dkt. No. 8 (identifying *Intel Corporation v. XMTT, Inc.*, No. 2021-2127 (Fed. Cir.) (the "IPR Appeal"). The IPR Appeal does not, however, qualify as a related case under Fed. Cir. R. 47.5, because it is neither "in or from the same civil action" as the instant case, nor is it currently "pending in this or any other tribunal." *See* Fed. Cir. R. 47.5(a); *see also Jack Frost Lab'ys, Inc. v. Johnson & Johnson*, 976 F.2d 748 (Fed. Cir. 1992) ("Rule 47.5 contemplates pending actions"). Intel has conferred with XMTT, which maintains its position that the IPR Appeal is a related case. Intel accordingly submits this notice to make the Court aware that the parties are not in agreement on the issue.

June 2, 2023

/s/ *Paul A. Bondor*

Paul A. Bondor
John M. Desmarais
Jeffery S. Seddon, II
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Fax: (212) 351-3401
pbondor@desmaraisllp.com
jdesmarais@desmaraisllp.com
jseddon@desmaraisllp.com

Justin P.D. Wilcox
Adam Steinmetz
DESMARAIS LLP
1899 Pennsylvania Ave NW, Suite 400
Washington, D.C. 20006
Telephone: (202) 451-4900
Fax: (202) 451-4901
jwilcox@desmaraisllp.com
asteinmetz@desmaraisllp.com

*Counsel for Appellee Intel Corporation*

## CERTIFICATE OF INTEREST

Counsel for Intel Corporation certify under Federal Circuit Rule 47.4 that the following information is accurate and complete to the best of their knowledge:

1.     **Represented Entities.** Provide the full names of all entities represented by undersigned counsel in this case.

Intel Corporation

2.     **Real Party in Interest.** Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

N/A

3.     **Parent Corporations and Stockholders.** Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

N/A

4.     **Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court.

DESMARAIS LLP: Michael A. Wueste, Lindsey E. Miller, Brian D. Matty, Jamie L. Kringstein, Raymond N. Habbaz, Ryan G. Thorne, Laurie N. Stempler, Priyanka R. Dev, Thomas J. Derbish, Michael Ling.

GIBSON DUNN & CRUTCHER: Mark Reiter, Omar F. Amin

MORRIS NICHOLS ARSHT & TUNNELL: Jack B. Blumenfeld, Jeremy A. Tigan.

5.     **Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

No.

6.    **Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).

N/A

Dated:  June 2, 2023                    */s/ Paul A. Bondor*
                                                Paul A. Bondor