FORM 32. Response to Notice to Advise of Scheduling Conflicts

Form 32
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2023-1712

**Short Case Caption:** XMTT, Inc. v. Intel Corporation

**Party Name(s):** Intel Corporation

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

| | |
|---|---|
| **Argument Waiver** | ☐ My party intends to waive oral argument. |
| NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form. | |
| **Other Parties Representing Interests** | |
| ☐ Counsel for another party will represent my party's interests at oral argument | |
| NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party. | |
| **Name of Expected Arguing Counsel** | |
| **Dates Unavailable** | |
| Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case? | |
| ☐ Yes  ☑ No | |
| If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | |

FORM 32. Response to Notice to Advise of Scheduling Conflicts          Form 32
                                                                      March 2023

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☐ Yes     ☑ No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/17/2024          Signature: /s/ Paul A. Bondor

                          Name: Paul A. Bondor



www.desmaraisllp.com

NEW YORK
SAN FRANCISCO
WASHINGTON, DC

Paul A. Bondor
230 Park Avenue
New York, NY
Direct: 212-351-3424
pbondor@desmaraisllp.com

January 17, 2024

**Via ECF**

Jarrett B. Perlow
Circuit Executive and Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439
(202) 275-8000

    Re:    Oral Argument in *XMTT, Inc. v. Intel Corporation*, No. 23-1712

Dear Mr. Perlow:

    I am lead counsel for Defendant-Appellee Intel Corporation in Appeal No. 23-1712 and, per the Notice to Advise of Scheduling Conflicts (ECF No. 21) and Federal Circuit Rule 34(d)(2), write to inform the Court that no scheduling conflicts currently exist during the upcoming court session months, which is reflected in the concurrently filed Form 32.

    In addition to the disclosures required by Form 32, I respectfully disclose a potential conflict arising from a case in another court, the United States District Court for the District of Delaware.  I am counsel of record in *Apple Inc. v. Masimo Corporation*, C.A. No. 1:22-cv-01377, -1378 (D. Del.), which I anticipate going to trial later this spring, although no trial date has yet been set.  The district court has scheduled a case management conference for March 20, 2024, and I anticipate that a trial date will be set at or around that time.  Pursuant to my continuing obligation under Federal Circuit Rule 34(d)(2), I will immediately advise the Court if any scheduling conflicts arise as result.

    Sincerely,

    /s/ *Paul A. Bondor*

    Paul A. Bondor

cc:  All counsel of record via ECF